**Order entered November 20, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-01573-CR**
**No. 05-19-01574-CR**

**CHRISTOPHER GERARD PRUITT, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 282nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F18-55426-S & F18-55425-S**

**ORDER**

Before the Court is appellant's November 17, 2020 third motion for extension of time to file his brief. We **GRANT** the motion and **ORDER** the brief due on January 22, 2021. If a brief is not filed by that date, the Court may abate the appeal for a hearing. *See* TEX. R. APP. P. 38.8(b).

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE